No. 693. ROBERT T. NEILL, TRUSTEE, ETC., PETITIONER, *v.* THE UNION NATIONAL BANK OF KANSAS CITY, MO. April 15, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr.*

*Edwin C. Brandenburg* for petitioner. *Mr. Meriwether L. Crawford* for respondent.

---

